# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| AMY GANTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:18-CV-00257-NT |
| PROBST ELECTRIC, INC., ) | |
| ) | |
| and ) | |
| ) | |
| QUANTA SERVICES, INC., ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), plaintiff Amy Gants and defendants, Probst Electric Inc. and Quanta Services, Inc., by their undersigned counsel hereby stipulate and agree to the voluntary dismissal of plaintiff's action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs.

SO STIPULATED AND AGREED.

Dated: December 3, 2018

/s/ Rebecca S. Webber
/s/ Jordan Payne Hay
Rebecca S. Webber, Esq., Bar No. 7908
Jordan Payne Hay, Esq., Bar No. 5611
Attorneys for Plaintiff
SKELTON TAINTOR & ABBOTT
95 Main Street
Auburn, ME  04210
rwebber@sta-law.com
jphay@sta-law.com

/s/ Danielle Y. Vanderzanden
/s/ Alexandra Shaw
Danielle Y. Vanderzanden, Esq.
Alexandra Shaw, Esq.
Attorneys for Defendants
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 300
Boston, MA 02108
(617) 994-5735
Dani.Vanderzanden@ogletreedeakins.com
Alexandra.Shaw@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I electronically filed a Stipulation of Voluntary Dismissal with prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following registered attorneys of record.

I have mailed by United States Postal Service, the documents(s) to the following non-registered participants:  N/A.

/s/ Jordan Payne Hay
Jordan Payne Hay, Esq., Bar No. 5611
Attorney for Plaintiff
SKELTON TAINTOR & ABBOTT
95 Main Street
Auburn, ME  04210
jphay@sta-law.com